UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND LEE KYLE,

        Petitioner,

                                     CASE NO. 08-CV-14781
v.                                 HONORABLE GEORGE CARAM STEEH

KENNETH ROMANOWSKI,

        Respondent.
_____/

## **ORDER GRANTING PETITIONER'S MOTION TO EXPAND THE RECORD**

     This matter is before the Court on Petitioner's motion to expand the record to add documentation supporting an ineffective assistance of counsel claim contained in his habeas petition. Respondent has not filed a reply to the motion. The Court may permit the record to be expanded to include additional materials relevant to the determination of the habeas petition. *See* Rule 7, Rules Governing Section § 2254 Cases. The documents submitted by Petitioner appear to be relevant to the resolution of this matter.[1] Accordingly, the Court **GRANTS** Petitioner's motion and accepts the documents submitted with his motion as part of the record.

     **IT IS SO ORDERED**.

Dated: May 18, 2010

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

[1] The Court makes no determination as to the particular relevance of the materials at this time.

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 18, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk